**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) MOHAMMED GANGAT ESQ.
675 THIRD AVENUE STE 1810 NEW YORK, NY 10017 | PH: (718) 669-0714

Civil Number: 2::21-cv-01475-JS-ST
Date Filed: 03/19/2021

Jonathan Bran

Plaintiff

VS

Thisvi Ltd d/b/a Central Islip Firestone, and Dimitris Tsalatsanis

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 3/30/2021, at 1:45 PM at 88 West Suffolk Avenue, Central Islip, NY 11722, Deponent served the within **Summons in a Civil Action, Complaint, Amended Summons in a Civil Action and Amended Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: Dimitris Tsalatsanis, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of  is as follows:

**Sex**: Male     **Color of skin**: White     **Color of hair**: Brown     **Age**: 60
**Height**: 5ft4in-5ft8in     **Weight**: 131-160 Lbs.     **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on March 31, 2021

Patricia Rothfritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2107552