# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 14, 2021 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-21-1475 (JS) |
| **NAME OF CASE(S):** | **BRAN V. THISVI, LTD. ET AL.** |
| **FOR PLAINTIFF(S):** | Gangat |
| **FOR DEFENDANT(S):** | Vlachos |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 6/21/21;

Completion of Phase I discovery - 7/14/21;

Deadline for motions to join new parties or amend pleadings - 8/30/21;

First requests for production of documents and interrogatories due by - 8/30/21;

All discovery to be completed by 2/14/22;

Final date to take first step in dispositive motion practice - 3/14/22.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Mediator shall be selected by May 31, 2021 and Mediation shall be completed by August 13, 2021. Parties shall file a joint status report by August 20, 2021.