**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JONATHAN BRAN,

                              Plaintiff,                 **JUDGMENT**
                                                   CV 21-1475 (JS)(ST)

      - against -

THISVI LTD. *doing business as* Central Islip
Firestone and DIMITRIS TSALATSANIS,

                               Defendants.
------------------------------------------------------------X

A Notice of Acceptance of Defendant's Rule 68 Offer of Judgment having been filed by

Plaintiff on July 16, 2021, accepting the Defendant's July 15, 2021 offer to have judgment

entered against Defendants and in favor of Plaintiff in the sum of Twenty One Thousand Five

Hundred Dollars ($21,500.00), in full and final settlement of all of Plaintiff's claims inclusive of

reasonable attorneys' fees, costs, and expenses incurred by Plaintiff to date of the Defendants'

offer, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jonathan

Bran against Defendants Thisvi Ltd. and Dimitris Tsalatsanis in the sum of Twenty One

Thousand Five Hundred Dollars ($21,500.00), in full and final settlement of all of Plaintiff's

claims inclusive of reasonable attorneys' fees, costs, and expenses incurred by Plaintiff to date of

the Defendants' offer; and that this case is closed.

Dated: July 16, 2021
      Central Islip, New York

 

**DOUGLAS C. PALMER**
**CLERK OF THE COURT**
By: /s/ Mary Ellen Kirchner
Deputy Clerk