| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Jonathan Bran,<br><br>                                    *Plaintiff*,<br><br>-against-<br><br>THISVI LTD. d/b/a Central Islip Firestone; and Dimitris Tsalatsanis,<br><br>                                  *Defendants*. | Case No. 2:21-cv-01475-JS-ST<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS**, Plaintiff, Jonathan Bran ("Plaintiff"), accepted an Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedures, on July 16, 2021, and a Judgment was entered in the above action on the 15th day of July, 2021 in favor of Plaintiff and against Defendants THISVI LTD. d/b/a Central Islip Firestone; and Dimitris Tsalatsanis (collectively, the "Defendants") in the total sum of Twenty-One Thousand Five Hundred Dollars and No Cents ($21,500.00), inclusive of all costs, expenses, and attorney's fees.

**WHEREAS**, Plaintiff hereby acknowledges and notifies the Court that said judgment has been satisfied in full. Plaintiff further certifies that there are no outstanding executions with any Sheriff or Marshall.

**THEREFORE**, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.


Dated:   March 3, 2022                   **LAW OFFICE OF MOHAMMED GANGAT**
             New York, New York

                                                                   _____
                                                                     Mohammed Gangat, Esq.
                                                                     675 Third Avenue, Suite 1810,
                                                                      New York, NY 10017
                                                                      718-669-0714
                                                                      mgangat@gangatpllc.com